UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Crim. No. 07-006 (RMC) |
| : | |
| **JOHN TAYLOR,** : | |
| : | |
| **Defendant.** : | |

**DEFENDANTS' UNOPPOSED MOTION FOR PAYMENT OF
TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285**

John Taylor, through counsel, hereby moves this Court to enter the attached Order, which will authorize and direct the marshal to make travel arrangements designed to bring Mr. Taylor from his home in Columbus, Georgia, to the next court date in the above captioned case, and to return him home at the conclusion of the hearing. Government counsel was contacted and indicated that they do not oppose this motion.

Mr. Taylor has previously been determined to be financially indigent and to qualify for court appointed counsel. Mr. Taylor has yet to appear in this Court.

Pursuant to 18 U.S.C. § 4285, this statute provides that this Court may

> direct the United States marshal to arrange for [an indigent defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5,

United States Code.

Accordingly, Mr. Taylor respectfully requests that the Court enter the attached Order directing the marshal to make appropriate arrangements to facilitate his appearance in court for the entry of a plea on Friday, March 2, 2007 at 11:30 a.m. and his return to Georgia after his appearance.

                    Respectfully submitted,
                    A.J. KRAMER
                    FEDERAL PUBLIC DEFENDER


_____/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 07-006 (RMC) |
| : | |
| JOHN TAYLOR, : | |
| : | |
| Defendant. : | |

**ORDER**

Good cause having been shown, it is this _____ day of _____, 2007,

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for non-custodial transportation to and from the hearing scheduled for Friday, March 2, 2007 at 11:30 a.m.

THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT JUDGE

James Crowell IV
Public Integrity Section
1400 New York Ave., NW, Ste. 12100
Washington, D.C.  20005

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

United States Marshal's Service
Prisoner Services Section