UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 07-006 (RMC) |
| JOHN TAYLOR, | : **FILED** |
| Defendant. | : JAN 2 6 2007 |
| | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**ORDER**

Good cause having been shown, it is this 26 day of January, 2007,

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for non-custodial transportation to and from the hearing scheduled for Friday, March 2, 2007 at 11:30 a.m.

THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT JUDGE

James Crowell IV
Public Integrity Section
1400 New York Ave., NW, Ste. 12100
Washington, D.C. 20005

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

United States Marshal's Service
Prisoner Services Section