AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _Columbia_

**FILED**
MAR - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

John Taylor

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-06

I, _John Taylor_, the above named defendant, who is accused of

_Theft (18 USC 641)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _March 2, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

2 March 2007