UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 07-006 (RMC) |
| : | |
| JOHN TAYLOR, : | FILED |
| : | MAY 1 0 2007 |
| Defendant. : | |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### ORDER

Good cause having been shown, it is this 8th day of May, 2007,

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for non-custodial transportation to and from the hearing scheduled for Friday, June 8, 2007 at 2:00 p.m.

/s/ Rosemary M. Collyer
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT JUDGE

John Pearson
Public Integrity Section
1400 New York Ave., NW, Ste. 12100
Washington, D.C. 20005

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

United States Marshal's Service
Prisoner Services Section