U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA           :
               v.           :
John Taylor           :           Case No. 07-006 RMC
                          :
                          :

**ORDER**

FILED
JUN - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __8th__ day of __June 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __June 8, 2007__ by __SA Jason Loeffler__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __N/A__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __N/A__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DEFENSE COUNSEL

DOJ USA-16-1-80