HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

John Taylor                    Docket No.: CR-07-0006-01

**FILED**
AUG 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  John Taylor  having been sentenced, on June 08, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to   FCI Jesup   , in   Jesup, GA   by 2 p.m., on   September 13, 2007  .

23 Aug 2007
Date

_Rosemary M. Collyer_
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

**ATTORNEY/U.S. PROBATION OFFICER**            **DEFENDANT**   6/8/07

Revised 6-2004