IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 1:07-cr-00006-RMC |
| v. | : **FILED** |
| JOHN WILLIE TAYLOR | : JUN 2 4 2008 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

Copies to: Judge
AUSA - Special Proceedings
Dft.
Joe Burgess

*Let this be Filed RMCollyer 6/24/08*

### MOTION OF INTENT TO FILE MEMORANDUM OF LAW IN SUPPORT OF § 2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

**COMES NOW** John Willie Taylor, Petitioner, pro se, and respectfully apprises the Honorable Court of his intention to file a Memorandum of Law in Support of § 2255 Motion to Vacate, Set Aside, or Correct Sentence within thirty (30) days of his submission of Petition Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

Enclosed herewith is the said § 2255 Motion to Vacate, which, pursuant to the authority of Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988) (the "prison mailbox rule"), is hereby timely filed this 18th day of June 2008. The Honorable Court had imposed Petitioner's sentence on June 8, 2007, and filed it on June 20, 2007, thereby establishing the accrual date for purposes of 28 U.S.C. § 2255(1) as that of June 30, 2007--ten days beyond "the entry of the judgment or order being appealed." See Fed.R.App.P. 4(b); see also United States v. Cottage, 307 F.3d 494, 499 n. 4 (6th Cir. 2002); Kapral v. United States, 166 F.3d 565, 577 (3rd Cir. 1999) (conviction becomes final on date on which time for filing direct appeal expired).

Respectfully submitted,

*John W. Taylor*

John Willie Taylor, pro se
Reg. No. 29000-016, Unit B-1
Federal Satellite Low, Jesup
2680 Highway 301 South
Jesup, GA  31599