| UNITED STATES DISTRICT COURT | District | DISTRICT OF COLUMBIA | |
|---|---|---|---|
| Name of Movant    John Willie Taylor | Prisoner No.   29000-016 | Case No.   1:07-cr-00006-RMC | |

**Place of Confinement**
Federal Satellite Low, Jesup, 2680 Highway 301 South, Jesup, GA 31599

UNITED STATES OF AMERICA     V.     JOHN WILLIE TAYLOR
(name under which convicted)

**FILED**

Copies to: Judge
AUSA - Special Proceedings
Dft.

MOTION

JUN 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Name and location of court which entered the judgment of conviction under attack United States District
   Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC 20001

2. Date of judgment of conviction __June 8, 2007 (date imposed); June 20, 2007 (date filed)__

3. Length of sentence one year and one day of imprisonment; 3 years of supervised release

4. Nature of offense involved (all counts) __Count One: violation of 18 U.S.C. § 641: Theft of public__
   __money, property or records__

5. What was your plea? (Check one)
   (a) Not guilty     ☐
   (b) Guilty     ☒
   (c) Nolo contendere     ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   __I entered a guilty plea to a one-count criminal information, and there were no other__
   __counts.__

6. If you pleaded not guilty, what kind of trial did you have? (Check one)   **NOT APPLICABLE**
   (a) Jury     ☐
   (b) Judge only     ☐

7. Did you testify at the trial?       **NOT APPLICABLE**
   Yes ☐     No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐     No ☒

9.  If you did appeal, answer the following:    **NOT APPLICABLE**

    (a) Name of court _____ **NOT APPLICABLE** _____

    (b) Result _____ **NOT APPLICABLE** _____

    (c) Date of result _____ **NOT APPLICABLE** _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____ **NOT APPLICABLE** _____

        (2) Nature of proceeding _____ **NOT APPLICABLE** _____

        _____

        (3) Grounds raised _____ **NOT APPLICABLE** _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?  **NOT APPLICABLE**

           Yes ☐    No ☐

        (5) Result _____ **NOT APPLICABLE** _____

        (6) Date of result _____ **NOT APPLICABLE** _____

    (b) As to any second petition, application or motion give the same information:  **NOT APPLICABLE**

        (1) Name of court _____ **NOT APPLICABLE** _____

        (2) Nature of proceeding _____ **NOT APPLICABLE** _____

        _____

        (3) Grounds raised _____ **NOT APPLICABLE** _____

        _____

        _____

        _____

        _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?   **NOT APPLICABLE**
        Yes ☐          No ☐

    (5) Result _____ **NOT APPLICABLE** _____

    (6) Date of result _____ **NOT APPLICABLE** _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.        Yes ☐       No ☐    **NOT APPLICABLE**
    (2) Second petition, etc.    Yes ☐       No ☐    **NOT APPLICABLE**

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

                                                      **NOT APPLICABLE**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

    Caution:   If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)  Conviction obtained by a violation of the privilege against self–incrimination.

(f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)  Conviction obtained by a violation of the protection against double jeopardy.

(h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i)  Denial of effective assistance of counsel.

(h)  Denial of right of appeal.

A.     Ground one: <u>INEFFECTIVE ASSISTANCE OF COUNSEL: Counsel rendered ineffective assis-</u> tance by not challenging the constitutionality of 18 U.S.C. § 3583, "inclusion of <u>a term of supervised release after imprisonment," and U.S.S.G. §§ 5D1.1-5D1.3, as</u> creating and perpetuating "slaves of society" of federal citizen-offenders.
Supporting FACTS (state *briefly* without citing cases or law) <u>E.g.,</u> I am a Fourteenth-Amendment citizen, and, as such, I have a citizenship that, "[o]nce acquired, . . . [i]s not <u>to be shifted, canceled, or diluted at the will of the Federal Government, the</u> States, or any other governmental unit." <u>Afroyim v. Rusk</u>, 387 U.S. 253, 262, 87 <u>S.Ct. 1660, 18 L.Ed.2d 757 (1967).  Even "prisoners [are to] be accorded those</u> rights not fundamentally inconsistent with imprisonment itself or incompatible <u>with the objectives of incarceration."  Hudson v. Palmer, 468 U.S. 517, 523, 104</u> S.Ct. 3194, 82 L.Ed.2d 393 (1984).  Supervised releasees, unlike probationers and <u>parolees, have not exchanged their relative freedom for conditional release back</u> into society.  Citizenship and the full panoply of its attendant rights, privileg- <u>es, and immunities, then, are to redound to citizen-offenders upon completion of</u> their terms of incarceration.  Supervised release is unconstitutional "custody."

B.     Ground two: <u>INEFFECTIVE ASSISTANCE OF COUNSEL: Counsel rendered ineffective assis-</u> tance by not challenging the constitutionality of 42 U.S.C. § 14135a et seq.--the <u>DNA Analysis Backlog Elimination Act of 2000, Pub.L. 106-546, 114 Stat. 2728, as</u> <u>amended</u> by the Justice for All Act of 2004, Pub.L. 108-405, 118 Stat. 2270.
Supporting FACTS (state *briefly* without citing cases or law) <u>E.g., "the DNA Act" imposes custodi-</u> al conditions and burdens on federal citizen-offenders that have the operative ef- <u>fect of permanently and irreversibly degrading those citizens' Fourteenth-Amend-</u> ment citizenship.  See, e.g., 42 U.S.C. §§ 14135a(a)(1)-(a)(5) (DNA samples to be <u>collected "from individuals in custody," "individuals on release, parole, or pro-</u> bation"; individuals already in the Combined DNA Index System ("CODIS") may be <u>made to provide DNA samples to the Director of the Bureau of Prisons or the proba-</u> tion office responsible; Director of the Bureau of Prisons or the probation office <u>responsible may use or authorize force</u> reasonably necessary to effectuate collec- tion of DNA sample from person who refuses to cooperate in collection of sample; <u>uncooperative individual shall be guilty of a class A misdemeanor and punished in</u> accordance with Title 18).  Citizen-nonoffenders are exempt from the DNA Act.

C.     Ground three:_____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

D.    Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: __None of the aforesaid grounds listed in Section 12__ were previously presented, and the reason why they were not presented is that my __defense counsel had provided ineffective assistance, declining to subject to ad-__ versarial testing the aforesaid custodial aspects of my sentencing.  Ineffective __assistance of counsel is "cause" for what would otherwise be a procedural default__ under the prudential doctrine of "cause and prejudice"; the "prejudice" inhering __therefrom lies in the subjection of myself to the custodial terms and conditions__ of supervised release and the DNA Act.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐          No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein.

(a) At preliminary hearing _Danielle C. Jahn, Esquire, Assistant Federal Public Defender for_ the District of Columbia, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004

(b) At arraignment and plea __(same as above)__

(c) At trial _____ (same as above)__

(d) At sentencing _____ (same as above)__

(e) On appeal __NOT APPLICABLE__

(f) In any post–conviction proceeding __NOT APPLICABLE__

(g) On appeal from any adverse ruling in a post–conviction proceeding __NOT APPLICABLE__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐        No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐        No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: __NOT APPLICABLE__

(b) Give date and length of the above sentence: __NOT APPLICABLE__

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐        No ☐                    **NOT APPLICABLE**

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_John W. Taylor, PRO-SE_
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__June 18, 2008__
      (Date)

_John W. Taylor_
Signature of Movant