Copies to: Judge
   AUSA - Special Proceedings   THE UNITED STATES DISTRICT COURT
   Dft.                         FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :

                v.                  :     Criminal No. 1:07-cr-00006-RMC

                                    :

JOHN WILLIE TAYLOR                  :

_____        :

**MOTION FOR EXTENSION OF TIME**
**AND**
**NOTICE OF CHANGE OF ADDRESS**

**FILED**

JUL 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

   **COMES NOW** John Willie Taylor, Petitioner, pro se, and respectfully

moves the Honorable Court for an extension of time within which to file his

Memorandum of Law in Support of § 2255 Motion to Vacate, Set Aside, or Correct

Sentence, which extension sought is for an additional ten days from the date of

July 24, 2008.  Circumstances, both foreseen and unforeseen, have arisen, thus

necessitating the instant request.

   Additionally, Petitioner will be discharged from the Bureau of Prisons

(BoP) on Friday, July 25, 2008, at which time his mailing address will change to

that of

                              Respectfully submitted,

                              John Willie Taylor, pro se
                              Reg. No. 29000-016, Unit B-1
                              Federal Satellite Low, Jesup
                              2680 Highway 301 South
                              Jesup, GA  31599

## CERTIFICATE OF SERVICE

I, John Willie Taylor, Petitioner, pro se, do hereby declare under penalty of perjury that the foregoing is true and correct, and that I have this day deposited in the institutional mails of the Federal Satellite Low, Jesup, Jesup, Georgia 31599, the instant MOTION FOR EXTENSION OF TIME AND NOTICE OF CHANGE OF ADDRESS, pursuant to the "prison mailbox rule" of Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), first-class mail, addressed to

Assistant United States Attorney of
 Special Proceedings
Office of the United States Attorney
5806 Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20001

Executed on this 21st day of July 2008.

John Willie Taylor, pro se
Reg. No. 29000-016, Unit B-1
Federal Satellite Low, Jesup
2680 Highway 301 South
Jesup, GA  31599