Copies to: Judge
AUSA - Special Proceedings
Dft.

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal No. 1:07-cr-00006-RMC |
| JOHN WILLIE TAYLOR : | |

**MOTION FOR EXTENSION OF TIME**
**AND**
**NOTICE OF CHANGE OF ADDRESS**

**FILED**

**JUL 24 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**COMES NOW** John Willie Taylor, Petitioner, pro se, and respectfully moves the Honorable Court for an extension of time within which to file his Memorandum of Law in Support of § 2255 Motion to Vacate, Set Aside, or Correct Sentence, which extension sought is for an additional ten days from the date of July 24, 2008. Circumstances, both foreseen and unforeseen, have arisen, thus necessitating the instant request.

Additionally, Petitioner will be discharged from the Bureau of Prisons (BoP) on Friday, July 25, 2008, at which time his mailing address will change to that of

Respectfully submitted,

John Willie Taylor, pro se
Reg. No. 29000-016, Unit B-1
Federal Satellite Low, Jesup
2680 Highway 301 South
Jesup, GA  31599

## CERTIFICATE OF SERVICE

I, John Willie Taylor, Petitioner, pro se, do hereby declare under penalty of perjury that the foregoing is true and correct, and that I have this day deposited in the institutional mails of the Federal Satellite Low, Jesup, Jesup, Georgia 31599, the instant MOTION FOR EXTENSION OF TIME AND NOTICE OF CHANGE OF ADDRESS, pursuant to the "prison mailbox rule" of Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), first-class mail, addressed to

    Assistant United States Attorney of
     Special Proceedings
    Office of the United States Attorney
    5806 Judiciary Center Building
    555 4th Street, N.W.
    Washington, D.C. 20001

Executed on this 21st day of July 2008.

                              */s/ John Willie Taylor*
                            John Willie Taylor, pro se
                            Reg. No. 29000-016, Unit B-1
                            Federal Satellite Low, Jesup
                            2680 Highway 301 South
                            Jesup, GA 31599